**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 7, 2016**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **In Re** ) | |
| ) | |
| **JEANNETTE CONRAD** ) | Case No. 16-11965 |
| ) | Chapter 7 |
| ) | Judge Buchanan |
| **Debtor(s)** ) | |

### ORDER DISMISSING CASE

It appears that the Debtor has failed to file a certificate from an approved nonprofit budget and credit counseling agency that was received within the 180-day period ending on the petition filing date as required by 11 U.S.C. §§ 521 (b)(1) and 109(h). *See* Docket Number 7.

The Debtor has also failed to file numerous other required documents and has failed pay the first installment of her filing fee. *See* Docket Numbers 5 and 7.

Accordingly, this case is hereby DISMISSED.

In conformity with Bankruptcy Rule 2002(a)(4), this order shall stand as a final order, **unless an objection to this order is filed within twenty-one (21) days of the entry date of this order**.

IT IS SO ORDERED.

Distribution list:

All Creditors and Parties in Interest

###